IN THE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA        :Cape No: 3:00CR00246(AVC)
PLAINTFF/RESPONDENT             :Judge: Alfred V. Covello

DEFENDANT/PETITIONER :    JOSEPH L. GUY

Motion For Modification of sentence
Pursuant to Title 18 U.S.C. 3582 (C) (2)

Now comer, the defendant, JOSEPH L.GUY , Prose, to move this HONORABLE COURT for the modification of his sentence pursuant to Title 18 U.S.C.§3582 (c) (2), based on the retroactive amendment (AMENDMENT 9) which became affective on November 1,2007.

In this matter, the defendant was held accountable for at least 500 G,but less than 1.5 KG of cocaine base, based offense level 36 and based on the amendment, the defendants base offense level has been reduced to level 34, minus the (7) seven points taken from his base offense level leaving the defendant with level 27 criminal history (3) three.

This reduction, puts the defendant in the guideline range of 87-108 and therefore, this HONORABLE COURT, should correct the defendants sentence to respect this modification in the interest of justice.

Therefore, based on the fact of this case it is respectfully requested the relief sought.

CERTIFICATE OF SERVICE

A copy of this motion was sent to Asst. U.S. Attorney,DEBORAH DOUGLAS at 157 church St. 24th Fl. NEW HAVEN, CT.06510 by U.S. mail on this 15th day of NOV.2007,with correct postage paid.

Sincerely, *[signature]*

Joseph L. Guy #14012-014

F.P.C. Mckean unit E

P.O. Box 8000

Bradford, P.A. 16701