TO: HONORABLE JUDGE: ALFRED COVELLO

FROM: JOSEPH L.GUY  #14012-014

United States District Court
District of Connecticut
FILED AT HARTFORD
March 31st, 2008
Roberta D. Tabora, Clerk
Renee Alexander
Deputy Clerk

Dear JUDGE,

    I'AM WRITTING YOU TO INFORM YOU OF THE PROGRESS, I'VE MADE WHILE I HAVE BEEN IN PRISON THESE LAST 65 MONTHS OF A 120 MONTH SENTENCE I RECIEVED IN YOUR COURT IN THE YEAR 2002. MY CHARGE WAS CONSPIRACY TO SELL CRACK COCAIN. I ALSO WANT TO JOG YOUR MEMORY A LITTLE BIT OF MY PREVIOUS DRUG ADDICTION BEFORE MY ARREST AND MY RECOVERY EFFORTS AFTER I REALIZED WHAT MY ADDICTION HAD COST ME. I ALLOWED MYSELF TO BE UED AS A MULE TO PASS OFF DRUGS TO FEED MY ADDICTION IN RETURN. IF I HAD NOT BEEN USING I WOULD HAVE NEVER PLACE MYSELF OR MY WIFE AND CHILDREN THROUGH THESE LONG YEARS OF SEPERATION. AFTER I WAS ADMITTED INTO THE ADRC REHIBILITATION PROGRAM AT MT. SINAI HOSPITAL, WHICH WAS ENCOURAGED BY MY ACTING PRE-TRIAL PROBATION OFFICER, KOTIA LOPEZ AND ALSO OK'ED BY YOURSELF I'AM GREATFUL TO SAY I HAVE BEEN SOBER EVER SINCE. I WAS ON PRETRIAL FOR 19 MONTHS AND IN THAT TIME I MAINTAIN MY SOBRIATY, WORKED TWO CNSTANT JOBS AND DID NUMEROUS SIDE JOBS. WHILE ALSO BEING A FATHER TO MY TWO DAUGHTERS AND A HUSBAND TO MY WIFE. I EXCEPTED RESPONSABILITY FOR MY ACTIONS AND YOU BROUGHT ME DOWN FROM A LINE 36 TO LINE33 THAN BECAUSE OF ALL MY RECOVERY EFFORTS YOU SEEN FIT TO COME TO THE MANDATORY MINIMUM. I ALSO RECALL YOU ASKING THE PROSERCUTION IF I HAD HELP THEM AT ALL AND IF I DID WOULD THEY CONSIDER A LIGHTER SENTENCE. WHEN THEY ANSWERED NO, I CAN REMEMBER YOU STATING THAT YOUR HANDS WERE TIED BECAUSE OF THE GUIDELINES INSTITUTED BY CONGRESS. IF THERE WERE SOMETHING MORE YOU COULD DO AT THAT TIME TO LESSING MY SENTENCE YOU WOULD. JUDGE NOW THERE ARE NEW LAWS IN PLACE SOME ARE MORE HELPFUL THAN OTHERS. SOME GIVES YOU O'HONORABLE JUDGE DESCRATION TO ACT AS YOU SEE FARE. I THROW MYSELF TO THE MERCY OF YOUR HONORABLE COURT ASKING THAT IF THERE IS SOME WAY YOU CAN HELP LIGHTEN THIS SENTENCE ACCORDING TO THE LAW OF THE UNITED STATES OF AMERICA PLEASE DO SO. I HAVE FILED A MOTION TO YOUR COURT PROSE, I CANNOT AFFORD COUNCIE. IF THE COURTS CAN APPOINT SOME ONE TO ASSIT ME IT WOULD BE MOST GREATFULLY APRECIATED.

    ON THE NEXT PAGE IS SOMETHINGS I HAVE ACHIEVED OVER THE LAST 5YEARS AND 5 MONTHS.

THESE ARE SOME OF THE THINGS I HAVE BEEN DOING, WHILE INCARSERATED OVER THE LAST 65 MONTHS. WHILE IN PRISON I CONTINUED MY EDUCATION AND JOB SKILLS.

- 6 WEEK COUNSELING PROGRAM,(DEALING WITH INCARCERATION)
- DRAWING NEAR FAMILY AND SOCIAL RELATIONS, 12 HOUR PROGRAM
- A CERAMICS CLASS
- HOMES OF HONOR PARENTING CLASS, 20 HOURS
- TRUCK LIFT DRIVING AND SAFETY COURSE

THESE ARE JUST SOME THINGS I HAVE DONE HERE AT MCKEAN CAMP. ATTACHED IS A COPY OF THE THINGS I HAVE DONE IN OTHER INSTITUTIONS THAT HAD MORE TO OFFER.

I'AM ALSO A TRAINED ELECTRICIAN. I HAVE BEEN DOING THIS SINCE 2003. I HAVE NUMEROUS JOBS AND I'AM STILL PRACTICING THE TRADE SO WHEN I GET OUT I HOPE TO BE ABLE TO USE THIS SKILL AS THE MAIN SOURSE OF INCOME.

I ALSO THROUGH THIS INCARCERATION MAINTAIN CLEAR CONDUCT NO INCEDENT REPORTS OR SHOTS. I'VE COMPLETED NUMEROUS BIBLE COURSES AND I HAVE A PERSONAL RELATIONSHIP WITH THE MOST HIGH.

I WOULD LIKE TO CLOSE BY SAYING THAT I REALLY HOPE THIS LETTER MOVES YOU TO WRITE BACK AND LET ME KNOW IF THERE IS ANTHING THAT CAN BE DONE BY YOUR MEANS TO HELP ME OUT IN MY QUEST TO RETURN TO MY FAMILY AND A WORKING ENVIORMENT AS SOON AS POSSIABLE.

SINCERLY, JOSEPH L GUY

#14012-014

**FEDERAL BUREAU OF PRISONS**
**U.S. DEPARTMENT OF JUSTICE**

Progress Report - Page 2

| Inmate's Name | Register Number | Date |
|---|---|---|
| Guy, Joseph Louis | 14012-014 | June 30, 2004 |

## 16. Institutional Adjustment

**A. Program Plan:** Inmate Guy arrived at the Federal Correctional Institution Fort Dix, New Jersey, on June 13, 2003. During his subsequent Program Reviews, the Unit Team recommended he participate in Adult Continuing Education, participation in Correctional Counseling, attendance at Town Hall meetings, the Alternatives to Violence Program, the 40 Hour Drug Education Program, the Residential 500 Hour Drug Addiction Program (DAP), the Maintenance of Clear Conduct and the Saving of Funds for Release.

**B. Work Assignments:** Upon arrival to this facility, inmate Guy was assigned to work for the Electric Department on July 9, 2003, where he works presently. He is responsible for the successful completion of all work orders as assigned by his detail supervisor. He receives good work performance evaluations from his detail supervisor, works approximately 35 hours per week and earns pay grade three.

**C. Educational/Vocational Participation:**

```
REGISTER NO: 14012-014    NAME..: GUY              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

------------------------- EDUCATION INFORMATION -------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FTD  ESL HAS    ENGLISH PROFICIENT       10-18-2002 1042 CURRENT
FTD  GED HAS    COMPLETED GED OR HS DIPLOMA   10-30-2002 1006 CURRENT

-------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION                 START DATE  STOP DATE  EVNT AC LV HRS
FTD  GP   BCIT HAZARDOUS MATERIALS    02-25-2004  CURRENT
FTD  GP   ACE SMALL BUSINESS MANAGEMENT  08-06-2003  12-03-2003  P  C  P  40
SCH       ACCOUNTING 101              01-27-2003  05-28-2003  C  C  P   0
SCH       BASIC MANAGEMENT            01-27-2003  05-28-2003  P  W  I  30
```

**D. Counseling Programs:** Inmate Guy has successfully completed the 40 Hour Drug Education Program and Dealing with Incarceration while housed at this facility.

**E. Incident Reports:** Inmate Guy has maintained clear conduct throughout incarceration.

**F. Institutional Movement:** Inmate Guy was initially designated to FCI Schuylkill, Pennsylvania, on October 7, 2002, to begin serving his federal sentence. He was then transferred to FCI Fort Dix, New Jersey, on June 13, 2003, for lesser security purposes. There has been no other movement as of the date of this report.

**G. Physical and Mental Health:** Inmate Guy is currently assigned regular duty with no noted medical restrictions. He is cleared for Food Service work and considered fully employable upon his release from confinement.

**H. Financial Responsibility Program:** The United States District Court, District of Connecticut, imposed a $100.00 felony assessment fee. Inmate Guy completed payment of this felony assessment fee on May 13, 2003, and has no other court ordered financial obligations to fulfill. The Cost of Incarceration Fee (COIF) is not applicable in this case.

## 17. Release Plans:
Inmate Guy will secure a release plan closer to his projected release date.