TO: HONORABLE JUDGE: ALFRED COVELLO

FROM: JOSEPH L.GUY  #14012-014

United States District Court
District of Connecticut
FILED AT HARTFORD
March 31st 2008
Roberta D. _____, Clerk
By _____
Deputy Clerk

Dear JUDGE,

   I'AM WRITTING YOU TO INFORM YOU OF THE PROGRESS,I'VE MADE WHILE I HAVE BEEN IN PRISON THESE LAST 65 MONTHS OF A 120 MONTH SENTENCE I RECIEVED IN YOUR COURT IN THE YEAR 2002. MY CHARGE WAS CONSPIRACY TO SELL CRACK COCAIN. I ALSO WANT TO JOG YOUR MEMORY A LITTLE BIT OF MY PREVIOUS DRUG ADDICTION BEFORE MY ARREST AND MY RECOVERY EFFORTS AFTER I REALIZED WHAT MY ADDICTION HAD COST ME. I ALLOWED MYSELF TO BE UED AS A MULE TO PASS OFF DRUGS TO FEED MY ADDICTION IN RETURN. IF I HAD NOT BEEN USING I WOULD HAVE NEVER PLACE MYSELF OR MY WIFE AND CHILDREN THROUGH THESE LONG YEARS OF SEPERATION. AFTER I WAS ADMITTED INTO THE ADRC REHIBILITATION PROGRAM AT MT. SINAI HOSPITAL, WHICH WAS ENCOURAGED BY MY ACTING PRE-TRIAL PROBATION OFFICER, KOTIA LOPEZ AND ALSO OK'ED BY YOURSELF I'AM GREATFUL TO SAY I HAVE BEEN SOBER EVER SINCE.I WAS ON PRETRIAL FOR 19 MONTHS AND IN THAT TIME I MAINTAIN MY SOBRIATY,WORKED TWO CNSTANT JOBS AND DID NUMEROUS SIDE JOBS. WHILE ALSO BEING A FATHER TO MY TWO DAUGHTERS AND A HUSBAND TO MY WIFE. I EXCEPTED RESPONSABILITY FOR MY ACTIONS AND YOU BROUGHT ME DOWN FROM A LINE 36 TO LINE33 THAN BECAUSE OF ALL MY RECOVERY EFFORTS YOU SEEN FIT TO COME TO THE MANDATORY MINIMUM. I ALSO RECALL YOU ASKING THE PROSERCUTION IF I HAD HELP THEM AT ALL AND IF I DID WOULD THEY CONSIDER A LIGHTER SENTENCE. WHEN THEY ANSWERED NO ,I CAN REMEMBER YOU STATING THAT YOUR HANDS WERE TIED BECAUSE OF THE _____

---

3:00CR0246(AVC) March 31, 2008. The court construes the within letter as a motion by the defendant to appoint counsel in connection with his pro se motion for reduction of sentence, pursuant to 18 U.S.C. § 3582 (document no. 118), filed on November 19, 2007. As the court has already ruled on the motion to reduce his sentence, by its order of March 18, 2008 (document no. 120), the within motion is DENIED. To the extent the defendant seeks the appointment of counsel in connection with any further issues, the defendant shall file a motion with the Clerk in accordance with the filing requirements of the rules of procedure. See Federal Rule of Criminal Procedure 49; Federal Rule of Civil Procedure 5; District of Connecticut Local Rule 5. Specifically, the defendant shall mail a copy of any such motion to the United States Attorney and shall file a certificate of service with the court, in accordance with Federal Rule of Civil Procedure 5(d).
SO ORDERED.

Alfred V. Covello, U.S.D.J.